UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VIVIAN D. MOORE,**

    **Plaintiff,**

v.                                     Case No. 5:24-cv-8-TKW/MJF

**ARAMARK FOOD SERVICES,** *et al.*,

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this action should be dismissed for failure to pay the filing fee, failure to comply with court orders, and failure to prosecute. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 20th day of May, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**